NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3101

HOMI N. AMIRMOKRI,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, Maryland, argued for petitioner.

Tara J. Kilfoyle, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3101

HOMI N. AMIRMOKRI,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DC1221060130-W-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, SCHALL, and MOORE, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  _February 19, 2008_____       _/ s /   Jan Horbaly_____
                                                        Jan Horbaly, Clerk